IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

SPARTANBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal Number 7:05CR0411-04 |
| vs. ) | |
| ) | **O R D E R** |
| NICA ARLENE MULLINAX ) | |
| ) | |

      The above defendant was released on bond in this case on April 28, 2005. Among the special conditions of the bond were (1) that the defendant remain under the supervision of the US Probation Office for the duration of her bond, (2) that she follow any and all instructions given to her by that office, (3) that she refrain from any use or possession of a controlled substance, and (4) that she undergo random drug testing as directed by the Probation Officer.

      A drug test conducted on May 5, 2005, has indicated the presence of cocaine in the defendant's urine, which constitutes a violation of her bond.

      Now, therefore,

      IT IS ORDERED that the defendant's bond is revoked. The Clerk is directed to issue a warrant for the defendant and the U. S. Marshal, or his authorized representative, is directed to take the defendant into custody pending further order of this court.

      IT IS SO ORDERED.

                                s/William M. Catoe
                                United States Magistrate Judge

May 16, 2005

Greenville, South Carolina